Bauman v Bauman (2025 NY Slip Op 01450)

Bauman v Bauman

2025 NY Slip Op 01450

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

35 CA 24-00698

[*1]MARGARET P. BAUMAN, PLAINTIFF-RESPONDENT,
v
DENNIS R. BAUMAN, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

SALCEDO APPEALS PLLC, BUFFALO (STEVEN B. SALCEDO OF COUNSEL), FOR DEFENDANT-APPELLANT.
ROBERT R. RADEL ATTORNEYS AT LAW, BUFFALO (ROBERT R. RADEL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Kelly A. Vacco, J.), entered October 17, 2023. The order, insofar as appealed from, granted that part of the motion of plaintiff seeking summary judgment on her second cause of action. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Bauman v Bauman ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court